1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  FREDRIC COLLINS,                    No. LA CV14-04861 JAK (FFMx)

11              Plaintiff,              **JUDGMENT**

12              v.                      JS-6

13  DAVID J. SHULKIN, Secretary,
    Department of Veterans Affairs; *et al.*,
14

15              Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having granted Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against him, and in accordance with its Order of February 23, 2017, granting summary judgment,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant David J. Shulkin, Secretary of Veterans Affairs, shall have judgment in his favor on Plaintiff's entire action.

DATED: March 17, 2017

_____
**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**